The following constitutes
the order of the court. Signed March 11, 2011

_____
Roger L. Efremsky
U.S. Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In Re: **REFUGIO MALDONADO**      Case No.: 11-41860  RLE

**ROSARIO MALDONADO**      Chapter: 13

Debtor(s)/

ORDER OF DISMISSAL

Debtor(s) having failed to comply with this Court's order dated 2/23/2011, and no objections having been filed,

THIS CASE IS HEREBY DISMISSED.

**END OF ORDER**

COURT SERVICE LIST

All Recipients